# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Scottie Pierce #1290799 | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |  |
| -v- |  |
| (See attachment) |  |
| *Defendant(s)* |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  Scottie W. Pierce #1290799

All other names by which you have been known:  Scott Wayne Pierce II

ID Number  #1290799

Current Institution  O.C.C

Address  929 Honor Camp Lane
Fordland  Mo  65652
*City*    *State*    *Zip Code*

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  Dr. Howard Kessler

Job or Title *(if known)*  Medical Director

Shield Number

Employer  Boonville Correctional Center

Address  1216 E. Morgan St,
Boonville  Mo  65233
*City*    *State*    *Zip Code*

☐ Individual capacity  ☑ Official capacity

Defendant No. 2

Name  Carol Campbell

Job or Title *(if known)*  Medical Records Clerk

Shield Number

Employer  Boonville Correctional Center

Address  1216 E. Morgan St.
Boonville  Mo  65233
*City*    *State*    *Zip Code*

☐ Individual capacity  ☑ Official capacity

Defendant No. 3
    Name                         Kimberly May
    Job or Title *(if known)*   Director of Nursing
    Shield Number
    Employer                 Boonville Correctional Center
    Address                  1216 E. Morgan St.
                          Boonville      Mo      65233
                            *City*          *State*      *Zip Code*

    [✓] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name                         University of Missouri (Doctor)
    Job or Title *(if known)*   (off site Care provider)
    Shield Number
    Employer                 University of Missouri
    Address                  Columbia, Missouri 3
                          Columbia      Mo
                            *City*          *State*      *Zip Code*

    [✓] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel unusual punishment, Due proccess, Medical Neglect Mal practice, threats, Assault. 8th admendment & More

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The doctor left me a sleep Concust didn't check me out, sent me out after my face was checked he seen it was Significant Damages Dropped needle & Medicine On Ground stuck in my face then when I threatened to sue he didn't sow up properly

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

sent me out the Medical threatened me they left me Mangled Concust General population left without treatment staff was flabergasted would send me up order Medical to treat they asked me would then threatened me to be, quiet refused by the Records

C.     What date and approximate time did the events giving rise to your claim(s) occur?

?/?/ 2023     (Dates on file)

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*

Guy was crazy attacked me for no reason
extreme damages, Staff & offsite doctors
Mistreated & left me Disfigured & Untreated
laying in Bunk threatened me to be quiet
& closed my grievences to keep quiet

**V.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

Needed stitches face disfigured, was head
injuries left to suffer on Bunk no Medicine
no help no Bandages refused Lay Ins
& made me work.

**VI.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.

To be held accountable for their actions
financail Restitution, Pain Suffering, Medical Neglect
& to have Medical Surgery
$ 250,000,000.00

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Boonville Correctional Center*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*They closed it & did away with some because fear & protection for staff & such.*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Boonville Correctional Center

2. What did you claim in your grievance?

about the Staff that was Urtness Offsite doctor & Nurseing staff Medical Neglect refusing Records & IRR Malpractice & threats

3. What was the result, if any?

They closed it without My Knowlege released me early to try to avoid trouble

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

They didn't do anything properly on their side in grievance they Knew their Was a Lawsuit tried to protect Staff,

F.     If you did not file a grievance:

    1.     If there are any reasons why you did not file a grievance, state them here:

I Did with Case Worker
I found out Travis Fredrich wouldn't allow
a IRR to the Situation of that

    2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

all Staff were Calling head & Medical
telling them to do Something Emmidiately

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

they are trying to Cover their Staff
& Keep me from Lawsuit

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Scottie Pierce #1290799
   Defendant(s) Pulaski County Jail Staff

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ?

3. Docket or index number
   ?

4. Name of Judge assigned to your case
   ?

5. Approximate date of filing lawsuit
   2024

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Have Not Recieved Mail Back on the Filing

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _5/31/25_

Signature of Plaintiff

Printed Name of Plaintiff _Scott Wayne Pierce_

Prison Identification # _# 1290799_

Prison Address _O.C.C._

|  | | |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

|  | | |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

Telephone Number _____

E-mail Address _____

# attachment 1 of 1

① Mrs. Joanna Hinnard, Grievance Officer
(Boonville Corrections Center)
refused copy of any grievances wouldn't
give any info, Closed my Grievance
procedure without Knowledge, Covered
Because she knew a Lawsuit
Would Happen. (Warden involved)

② Travis Fredrich, Case Worker Hu#1
Boonville Corrections Center
refused me IRR about mrs. Hennard
& violated Due Proccess

③ (OFF SITE Hospital Care Giver?)
University of Missouri Hospital.
Name: Located in file Staff Refused
to Give me His Name.
He failed to properly give Care.
Acted in negligence, In response
to me catching him drop
Medicine & needle Which he Stuck
In my face & didn't properly
give Care to me being asleep
with concussion & not properly
checking to see full injury leaving
me Disfigured. Medical, neglegence
Mal practice, threats
Hospital, Columbia, Mo

(Back →)

④ Dr. Howard Kessler, Medical Director
Boonville Correctional Center
Never was there or even attempted
to do anything or make sure
Staff properly treated after being
notified, Medical neglagence, Malpractice

⑤ Kimberly May, Director of Nurseing
Boonville Correctional Center
after Being left Bleeding open Wounds
or sterilized left no Bandages or allowed
me Layin or proper Care, threatened
me to Shut my Mowth after
Staff & Case Workers sent me
to medical multiple times.
threats, Cruel unusuall punishment,
Mal practice, & Medical neglect.

⑥ The Warden & Deputy
Boonville Correctional Center

Stanley Knipp, Deputy Warden
Boonville Correctional Center

Denied Help allowed chum to

Treat with irrisponsible actions
& abuse of powers

Scottie Pierce #1290477 2-C-234
Ozark Correctional Center
929 Honor Camp Lane
Fordland, Mo. 65652

U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, Mo. 64106

INDIGENT

SCREENED BY
U.S. MARSHALS
RECEIVED
U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO
OZARK CORRECTIONAL CENTER